IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DEXTER GERMAINE LEWIS, | : | |
| Plaintiff | : | |
| VS. | : | 1 : 04-CV-54 (RLH) |
| DAN HAGGERTY, JAMES ADAMS, and RICKY HANES, | : | |
| Defendants. | : | |

**ORDER**

Presently pending in this § 1983 action are the plaintiff's "Motion for De Novo Trial" and Motion to Compel.  In his motion for trial, the plaintiff asks that this matter be set for trial.  Said motion is **DENIED** at this time.  In his Motion to Compel, the plaintiff asserts that the defendants have refused to respond to two (2) sets of interrogatories and asks that the court order responses thereto.  The defendants contend that the plaintiff had not propounded any discovery requests until simultaneously propounding interrogatories and requests for production at the time he filed his Motion to Compel.  Regarding motions to compel, Local Rule 3.6 of this court provides that such motions "will not be considered unless they contain a statement certifying that movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action."  Upon review of the motion to compel filed herein by the plaintiff, it does not appear that he has conferred or attempted to confer with the opposing party or legal counsel as required by Local Rule 37.  Accordingly, plaintiff's Motion to Compel is **DENIED** without prejudice to the plaintiff's right to refile same upon compliance with Rule 37.

**SO ORDERED**, this 7th day of June, 2005.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb

Case 1:04-cv-00054-RLH   Document 42   Filed 06/07/05   Page 2 of 2