**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **DEXTER G. LEWIS,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION FILE** |
| VS. : | **NO. 1:04-CV-54 (RLH)** |
| **DAN HAGGERTY, JAMES ADAMS, and** : | |
| **RICKY HAINES** : | |
| Defendants. : | |

**ORDER CHANGING DATE OF SHOW CAUSE HEARING**

On August 15, 2006, the undersigned entered an order requiring the plaintiff to show cause on August 30, 2006, why his complaint should not be dismissed. Due to circumstances beyond the control of the court it has now become necessary to change the date of the show cause hearing to Wednesday, September 6, 2006, at 9:30 A.M. In view of this development the earlier enter order is hereby RESCINDED and the following inserted in lieu thereof.

The defendants herein have filed a motion in which they seek involuntary dismissal of plaintiff's complaint predicated upon his failure to prosecute and appear for his deposition subsequent to notice. In view of the fact that the plaintiff was specifically advised in the order of the court of July 12, 2004, that his failure to give his deposition could lead to a dismissal of his complaint, the court deems it advisable and appropriate that this matter be heard.

Accordingly, the plaintiff is hereby ORDERED and DIRECTED to appear before the undersigned in the U. S. Magistrate Judge's Courtroom, Third Floor, C.B. King United States Courthouse, 201 West Broad Avenue, Albany, Georgia at 9:30 a.m., Wednesday, September 6, 2006, to show cause why his complaint should not be dismissed for his failure to give his

deposition subsequent to notice.  Plaintiff is advised that when he elects to be a litigator and bring his complaints into a court of law, he becomes subject to the rules of discovery which includes the giving of his deposition upon notice.  Accordingly, plaintiff is further advised that his failure to appear and show cause as above directed will result in the immediate dismissal of his complaint.

SO ORDERED, this 15th day of August 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE